AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2015 SEP 2 PM 1 17
U.S. DISTRICT COURT
NEW HAVEN, CT.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **TIMOTHY JOHN ALLEN** | ) | 3:15-MJ- 172 - SALM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 2, 2015** in the county of **Litchfield** in the
District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 2252A(a)(2)(A) and (b)(1)** | **Receipt of Child Pornography** |
| **18 U.S.C. § 2252A(a)(5)(B) and (b)(2)** | **Possession of Child Pornography** |

This criminal complaint is based on these facts:
**See attached Affidavit of Special Agent Wendy Bowersox, Federal Bureau of Investigation**

☑ Continued on the attached sheet.

*Complainant's signature*

**Wendy Bowersox, Special Agent FBI**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **09/02/2015**          /s/ Sarah A. L. Merriam, USMJ
                              *Judge's signature*

City and state: New Haven, Connecticut        Sarah A.L. Merriam, United States Magistrate Judge
                                              *Printed name and title*